entered February 11, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that defendant was a street railway corporation operating an electric street car system through the streets of the city of New York, and in particular at and near the intersection of Canal and Sullivan streets, borough of Manhattan, city of New York; that on August 18, 1918, while the plaintiff was driving a wagon at or near the intersection of Canal and Sullivan streets, defendant's trolley car was so carelessly and negligently driven that it collided with the wagon, knocking plaintiff from the seat and seriously injuring him; that the accident was caused solely by the negligence of defendant, and that the plaintiff was exercising due care and in no way contributed to the accident.

*James M. O'Neill, Edward A. Maher* and *Alfred T. Davison* for appellant.

*George W. Smyth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

BENJAMIN WEINTRAUB, Respondent, *v.* GUSTAVE E. KRUSE, Appellant.

*Contract — specific performance — real property — when contract to convey real property not void as lacking in mutuality or as too indefinite or ambiguous.*

*Weintraub* v. *Kruse*, 199 App. Div. 940, affirmed.

(Submitted October 13, 1922; decided October 27, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of an alleged contract for the sale of real estate which read as follows:

"NEW YORK, *July* 9, 1919.

"Received from Mr. B. Weintraub a check for Two Hundred ($200) Dollars as deposit on house 20 Jerome St., B'klyn., for amount of $11,600.00; first mortgage $5,500.00 and second mortgage $2,500.00, balance $3,600.00 in cash, second mortgage to be paid in instalment of $100.00 semi-annual with interest until paid.

"GUSTAVE E. KRUSE,
"BENJAMIN WEINTRAUB."

Defendant contended that the instrument lacked mutuality and was too indefinite and ambiguous to constitute a binding contract.

*Alexander Holtzoff* and *Paul Windels* for appellant.

*Isaac Siegmeister* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Dissenting: ANDREWS, J.

---

RICHARD D. WHITING, as Surviving Executor of WILLIAM R. DENHAM, Deceased, Respondent, *v.* HUDSON TRUST COMPANY et al., Appellants, Impleaded with Others.

*Appeal — unanimous affirmance as to one of appellants — motion to dismiss as to him denied.*

Reported below, 202 App. Div. 375.

(Submitted October 20, 1922; decided October 27, 1922.)

MOTION to dismiss an appeal by Howard C. Taylor, as agent, etc., from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 2, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the affirmance by the Appellate Division as to said Taylor was unanimous and that permission to appeal had not been obtained.

*Gilbert D. Lamb* for motion.

*MacIntosh Kellogg* opposed.

Motion denied, with ten dollars costs.